**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEROME OMAR SMITH,

Plaintiff

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

Defendants

Case No.: 2:26-cv-01923-APG-MDC

**Order Denying Motion to Dismiss as Moot**

[ECF No. 11]

In light of the first amended complaint (ECF No. 15),

I ORDER that the defendants' motion to dismiss **(ECF No. 12) is DENIED as moot** because it is directed at the original complaint.

DATED this 22nd day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE